# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | |
|---|---|
| **KENNY GROUP LLC dba AMERICAN BEST VALUE INN & SUITES,** § § § § | |
| *Plaintiff,* § | CIVIL ACTION NO. 3:19-cv-00337 |
| § § | |
| v. § § | |
| **MT. HAWLEY INSURANCE CO.** § § | |
| *Defendant.* | |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Kenny Group LLC dba American Best Value Inn & Suites and Defendant Mt. Hawley Insurance Company file this Unopposed Motion to Amend Scheduling Order to amend the following deadlines in the Court's Revised Scheduling Order (ECF No. 12) as follows:

a. Identification of Plaintiff's experts and production of experts' reports in the form required by Fed.R.Civ.P.26(a)(2)(B): March 20, 2020;

b. Identification of Defendant's experts and production of experts' reports in the form required by Fed.R.Civ.P.26(a)(2)(B): April 24, 2020.

The parties request the amendments to permit them adequate time to conduct oral depositions prior to filing dispositive motions and engaging in mediation.

Respectfully submitted,

*/s/ Marco D. Flores*
Marco D. Flores
State Bar No. 24027251
**FLORES & PELAEZ PRADA, PLLC**
3522 Paesanos Parkway, Ste. 301
San Antonio, Texas 78231
Telephone: (210) 361-0070
Facsimile: (210) 693-1312
mflores@stormlex.com

**ATTORNEY FOR PLAINTIFF**

**KENNY GROUP LLC dba AMERICAN BEST VALUE INN & SUITES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case on March 5, 2020 electronically through the electronic filing manager and also by certified mail, return receipt requested.

*Via E-Service: tkirkwood@qslwm.com*
Anthony W. Kirkwood
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**MT. HAWLEY INSURANCE CO.**

*/s/ Marco D. Flores*
Marco D. Flores