United States District Court
Southern District of Texas
**ENTERED**
November 25, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

KENNY GROUP LLC DBA    §
AMERICAN BEST VALUE INN &    §
SUITES,    §
   §
     *Plaintiff,*    §
VS.    §    CIVIL ACTION NO. 3:19-CV-337
   §
MT. HAWLEY INSURANCE CO.,    §
   §
     *Defendant.*

## <u>ORDER OF DISMISSAL</u>

The parties in this case have notified the court that they have reached a settlement agreement. Dkt. 20. They have therefore filed a joint stipulation of dismissal under Rule 41 of the Federal Rules of Civil Procedure. *Id.* The court acknowledges this stipulation. Accordingly, all the plaintiff's claims are dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Signed on Galveston Island on this, the 25th day of November, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE